IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-MJ-1009-RJ-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER ON HEARING |
| | ) | PARAMETERS |
| NEVINE ALY ELSHIEKH, | ) | |
| Defendant. | ) | |

In order to ensure the fair and efficient administration of justice, it is hereby ordered that the following parameters shall be implemented and shall remain in effect during the pendency of the preliminary/detention hearing in this matter, commencing at 9:30 a.m. Friday, February 3, 2012 in Courtroom Three of the Alton Lennon Federal Building in Wilmington, North Carolina. These parameters supercede those imposed previously in this matter and shall be binding upon all participants and spectators and shall be adhered to until the conclusion of the hearing. All conditions herein shall be enforced by the United States Marshal.

A copy of this Order shall be distributed to each hearing participant and spectator upon entry into the Federal Building.

SO ORDERED, this the 30th day of January, 2012.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge

## HEARING PARAMETERS

(1) All persons wishing to enter the Alton Lennon Federal Building must present a valid photo identification and register with the Court Security Officer stationed at the Federal Building entrance. Failure to do either will result in denial of entry into the Federal Building.

(2) All participants and spectators allowed into the courtroom must be seated in the courtroom no later than **9:15 a.m.** and must remain seated in the courtroom following the conclusion of the hearing until court is recessed by the court or by the United States Marshal.

(3) Seating within the courtroom during the hearing will be limited to the physical unreserved seats in the pews in the courtroom. All spectators and participants are directed to take notice of the pews/seats specifically reserved for designated persons. No person will be allowed to stand or sit in the aisle of the courtroom while the hearing is in progress.

(4) The United States Marshal shall exercise his discretion in managing the number of spectators allowed in the courtroom during the hearing.

(5) Entry into, exit from, and movement within the courtroom while court is in session will be restricted to the announced recesses, with the exception of court personnel, attorneys and witnesses. In the event of an emergency, a spectator or participant needing to exit the courtroom must secure the permission of the court or the United States Marshal before doing so, and may not re-enter the courtroom until the next regularly-scheduled recess.

(6) No person other than the attorneys, defendants, witnesses and other court personnel may be present in front of the bar in the courtroom during the hearing.

(7) While the hearing is in progress persons not admitted to the courtroom may wait in the hallway outside Courtroom Three **as long as they do not disturb court proceedings** or outside of the Federal Building.

(8) During the course of the hearing, the court may impose any other order or condition it deems necessary in order to provide for the safety of the spectators, participants or witnesses and to ensure the fair and efficient administration of justice.

Any person who violates any condition set forth above may be subject to criminal contempt of court.

2